UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                      )
EKO BRANDS, INC.,                     )
                                      )   Case No. C15-522RSL
              Plaintiff,              )
     v.                               )
                                      )   ORDER RENOTING PENDING
ADRIAN RIVERA MAYNEZ                  )   MOTIONS
ENTERPRISES, INC., and ADRIAN RIVERA, )
                                      )
              Defendants.             )
_____ )

This matter comes before the Court on the "Joint Status Report" filed by the parties after the U.S. Patent Office completed its reexamination of the '855 patent and the Federal Circuit issued its order in <u>Rivera v. Int'l Trade Comm'n</u>, 857 F.3d 1315 (Fed. Cir. 2017). The Clerk of Court is directed to renote the following motions on the Court's calendar for Friday, July 28, 2017:

● Defendants' "Motion for Summary Judgment" (Dkt. # 76); and

● Plaintiff's "Motion for Attorneys' Fees" (Dkt. # 105).

The Court will consider the parties' recent submissions and the arguments raised in the Joint Status Report when ruling on these motions. If additional briefing or oral argument is necessary, the Court will contact the parties.

The Court has established a new deadline for filing revised motions in limine so that the motions accurately reflect the status of the case after the summary judgment motion is resolved. The previously-filed motions in limine will not be considered.

ORDER RENOTING PENDING MOTIONS

1       DATED this 24th day of July, 2017.

3                                           /s/ Robert S. Lasnik
4                                           Robert S. Lasnik
                                            United States District Judge

ORDER RENOTING PENDING MOTIONS           -2-