UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>ADRIAN RIVERA MAYNEZ ENTERPRISES, INC., and ADRIAN RIVERA, an individual,<br><br>                Defendants. | CASE NO. 2:15-cv-00522-JPD<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

This matter comes before the Court on defendants' motion for reconsideration. Dkt. 199. Motions for reconsideration are disfavored under the local rules of this district. *See* LCR 7(h)(1)(W.D. Wash.). Motions for reconsideration should be denied unless the moving party establishes manifest error in a prior ruling, or the moving party shows new facts or authority that it could not have brought to the Court's attention earlier with reasonable diligence. *Id*.

The Court has considered defendants' motion, including the authority cited therein, and finds that defendants have made no such showing. Accordingly, the Court DENIES defendants' motion. Dkt. 199.

//

ORDER - 1

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 16th day of April, 2018.

_____
JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 2