UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ADRIAN RIVERA MAYNEZ ENTERPRISES, INC., and ADRIAN RIVERA, an individual,<br><br>        Defendants. | Case No. C15-522-JPD<br><br>MINUTE ORDER REVISING PRETRIAL SCHEDULE |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

This matter comes before the Court *sua sponte*. Due to an unexpected change to the Court's schedule preceding the June 4, 2018 jury trial in this matter, the Court revises the pretrial schedule previously set by the Court (Dkt. 185) as follows:

    Agreed LCR 16.1 Pretrial Order due        **Friday, May 11, 2018**

MINUTE ORDER
PAGE - 1

| | | |
|---|---|---|
| 1 | Trial briefs, proposed voir dire, proposed jury instructions, and trial exhibits due | **Friday, May 11, 2018** |

All other deadlines previously set by the Court remain in effect.

DATED this 20th day of April, 2018.

William M. McCool
Clerk of the Court

s/ Tim Farrell
Deputy Clerk
