# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC, | Case No. C15-522-JPD |
| Plaintiff, | ORDER AWARDING PREJUDGMENT INTEREST ON PRIOR ATTORNEY'S FEES ORDER |
| v. | |
| ADRIAN RIVERA MAYNEZ ENTERPRISES, INC., and ADRIAN RIVERA, an individual, | |
| Defendants. | |

On February 2, 2018, the Honorable Robert S. Lasnik ordered defendants to pay attorney's fees in the amount of $66,087.76. Dkt. 182. Defendants neither paid the attorney's fees nor posted a bond, but instead, filed an appeal to the Court of Appeals for the Federal Circuit, which promptly dismissed the appeal. Dkt. 250. Thus, the attorney's fee award remains.

The Court asked the parties to advise it as to the amount of interest due on the prior attorney's fee award. However, neither party's response was correct. Dkt. 245 at 2; Dkt. 248 at 30-31.

ORDER - 1

"A trial court may award prejudgment interest if the amount claimed is liquidated." *Spradlin Rock Products, Inc. v. Public Utility Dist. No. 1 of Grays Harbor County,* 164 Wash. App. 641, 665, 266 P.3d 229 (2011). A claim is liquidated where there is evidence that "makes it possible to compute the amount with exactness, without reliance on opinion or discretion." *Id.* Washington law provides a statutory prejudgment interest rate of twelve percent (12%) per annum, where no different rate is provided by contract between the parties. RCW 19.52.010. Twelve percent per annum is the maximum interest rate allowed under Washington law. RCW 19.52.020.

In this case, Judge Lasnik's Order granting plaintiff an award of attorney's fees liquidated the amount due, therefore entitling plaintiff to an award of prejudgment interest on the $66,087.76 fee award at the rate of 12% from the February 2, 2018 date of Judge Lasnik's Order until either paid by defendants or judgment is entered on this sum. As judgment will be entered in this case on June 14, 2018, the amount will bear interest at the federal judgment rate set by statute from June 14, 2018 forward. *See* 28 U.S.C. § 1961.

Plaintiff has filed post-trial motions for injunctive relief, a determination of the date by which interest will run, attorney's fees, enhanced damages and judgment notwithstanding the verdict on the issue of willfulness. Dkts. 247-48. Those issues will be decided after entry of the judgment, as noted on the calendar, and after defendants have had a chance to respond. However, for the purposes of determining the unpaid amount of attorney's fees due to plaintiff for purposes of the judgment on Judge Lasnik's Order, the amount is $66,087.76, plus interest at the statutory amount of 12% per annum for 132 days ($2,868.03), or a total of **$68,955.79**.

ORDER - 2

The Clerk is directed to send a copy of this Order to counsel for both parties.

DATED this 14th day of June, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER - 3