UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ADRIAN RIVERA MAYNEZ ENTERPRISES, INC., and ADRIAN RIVERA, an individual,<br><br>Defendants. | CASE NO. 2:15-cv-00522-JPD<br><br>PERMANENT INJUNCTION |

Having considered the parties' post-trial submissions, the Court ORDERS as follows:

1. Defendants Adrian Rivera Maynez Enterprises, Inc ("ARM"), their officers, directors, partners, employees, assigns, agents, and all those acting in active concert with them, and Adrian Rivera, are hereby permanently enjoined from advertising, offering for sale, selling, importing, and/or distributing any reusable coffee filters which infringe U.S. Patent No. 8,707,855 ("DeMiglio '855 patent"). This injunction includes, but is not limited to ARM's "Eco-Fill Deluxe", "Eco-Fill Deluxe 2.0", "Eco-Flow v 1", and "Eco-Flow v2" (collectively "Infringing Products").

2. Within thirty (30) days, ARM is ordered to contact its wholesale customers or distributors to advise them of this permanent injunction and engage in their best efforts to immediately retrieve any of their remaining inventory of the Infringing Products. ARM will also advise these customers or distributors to take down any advertising of the Infringing Products immediately, including without limitation, any internet advertising.

3. Defendant is further ordered to produce an inventory count of all Infringing Products sold or distributed since June 1, 2018 to the date of this Permanent Injunction to plaintiff and to file a copy with the Court. In addition, the filing will include a description of all efforts to comply with the retrieval and notification process set out above. This will be supplemented by required monthly updates for the next six months.

4. Plaintiff and defendants and/or their representatives will meet and confer about the "reasonable royalty" rate to be paid for all Infringing Products sold which could not otherwise be retrieved, from June 1, 2018 through the date of this Permanent Injunction.

DATED this 13th day of July, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge