HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EKO BRANDS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ADRIAN RIVERA MAYNEZ ENTERPRISES., INC., and ADRIAN RIVERA,<br><br>　　　　　Defendants. | Cause No. 2:15-cv-00522-JPD<br><br>ORDER GRANTING PARTIES' STIPULATION PERMITTING ARM TO DEPOSITBOND INTO COURT REGISTRY |

The parties hereby stipulate to the Court permitting the deposit of the bond, as ordered by the Court's August 16, 2018 Order on Motion to Enforce Permanent Injunction and to Set Monetary Deposit Amount, Dkt. 303, into the Court Registry. The request and agreement of the parties is pursuant to LCR 67(a).

AGREED and so stipulated this 17th Day of August, 2018.

ORDER– 1

Johnson, Graffe, Keay, Moniz & Wick, LLP

**/s/ D. Jeffrey Burnham**
D. Jeffrey Burnham, WSBA #22679
925 Fourth Ave., Ste. 2300
Seattle, WA 98104
(206) 223-4770
DJBurnham@jgkmw.com
*Attorney for Adrian Rivera and Adrian Rivera Maynez Enterprises, Inc.*

Lowe Graham Jones, PLLC

**/s/ Tim Billick**
Tim Billick, WSBA #46690
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
(206) 381-3399
Billick@lowegraham.jones.com
*Attorney for Eko Brands, LLC*

The request permitting defendant ARM to deposit the bond amount for appeal into Court Registry is granted and so ORDERED.

SO ORDERED this 21st day of August, 2018.

JAMES P. DONOHUE
United States Magistrate Judge

ORDER– 2