Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EKO BRANDS, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN RIVERA MAYNEZ ENTERPRISES, INC.; and ADRIAN RIVERA,<br><br>　　　　　Defendants. | Civil Action No. 15-cv-522MLP<br><br>AMENDED STIPULATED MOTION AND ORDER TO DISBURSE FUNDS<br><br><br>NOTE ON MOTION CALENDAR:<br>April 23, 2020 |

**STIPULATION**

The Court issued judgment in this case on July 13, 2018, which included a monetary award and post-judgment interest. (Dkt. 273) The parties stipulated to a deposit into the Court's registry pending appeal (Dkt. 305), and Defendants deposited into the Court's registry $440,000 on August 23, 2018 (see Receipts re 305 Order) pursuant to the parties' stipulation and the Court's order setting the deposit amount (Dkt. 303).

The Federal Circuit Court of Appeals affirmed the final judgment in this case in *Eko Brands, LLC v. Adrian Rivera Maynez Enters.*, 2020 U.S. App. LEXIS 962 (Fed. Cir. Jan. 13, 2020). The parties have agreed not to seek rehearing or further appeal the Federal Circuit decision and wish to expeditiously conclude this matter, disburse the award and accrued interest to Plaintiff in the principal amount of $347,487.13 plus all accrued interest through April 4, 2020, and refund

AMENDED STIPULATED MOTION AND ORDER
ORDER TO DISBURSE FUNDS - 1
Civil Action No. 15-cv-522MLP
ESUP-6-0005P56 StipDisbursement03.docx
172464.1

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

the balance to Defendants. W9s for the parties' respective firms shall be provided via email to seafin@wawd.uscourts.gov.

The parties agree that such disbursement will constitute full and final satisfaction of the monetary judgment in this case. The parties disagree regarding the extent to which (if at all) the present judgment amounts to an election of remedies or otherwise operates to create a double recovery in a separate action for trademark infringement with respect to overlapping goods in *Eko Brands, LLC v. Adrian Rivera Maynez Enters.*, WAWD Case No. 17-cv-894TSZ (the "Trademark Matter"), as well as whether the entry of this stipulation or Eko's acceptance of the distribution bars recovery in the Trademark Matter. With respect to such arguments, each of the parties reserves their respective rights.

| | |
|---|---|
| s/David A. Lowe, WSBA No. 24,453<br>Lowe@LoweGrahamJones.com<br>LOWE GRAHAM JONES<sup>PLLC</sup><br>701 Fifth Avenue, Suite 4800<br>Seattle, WA 98104<br>T: 206.381.3300<br>F: 206.381.3301<br><br>Attorneys for Plaintiff | s/William A. Delgado, *Pro Hac Vice*<br>wdelgado@dtolaw.com<br>DTO LAW<br>700 S. Flower Street, Suite 1000<br>Los Angeles, CA 90017<br>T: 213.335.6999<br>F: 203.335.7802<br><br>Attorneys for Defendants |

AMENDED STIPULATED MOTION AND ORDER TO DISBURSE FUNDS - 2
Civil Action No. 15-cv-522MLP
ESUP-6-0005P56 StipDisbursement03.docx
172464.1

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## ORDER DISBURSING REGISTRY FUNDS

The Courts GRANTS the parties' stipulation. The clerk is authorized and directed to draw checks on the funds deposited in the registry of this court from the principal amount of $440,000.00. Disbursement of $347,487.13 plus all accrued interest through April 4, 2020, minus any statutory users fees, payable to LOWE GRAHAM JONES^PLLC, and mail or deliver the check as follows:

> LOWE GRAHAM JONES^PLLC
> 701 Fifth Avenue, Suite 4800
> Seattle, WA 98104

With the balance of $92,512.87, plus remainder of interest to be disbursed to Defendants, payable to DTO Law, to be mailed or delivered as follows:

> DTO LAW
> 700 S. Flower Street, Suite 1000
> Los Angeles, CA 90017

IT IS SO ORDERED

DATED this 23rd day of April, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

AMENDED STIPULATED MOTION AND ORDER TO DISBURSE FUNDS - 3
Civil Action No. 15-cv-522MLP
ESUP-6-0005P56 StipDisbursement03.docx
172464.1

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301